| | | | |
|---|---|---|---|
| Com. v. Alberstadt | 632 WDA 2016<br>Affirmed | 11/21/2016 | CP–25–CR–0001947–2013<br>(Erie) |
| In re M.R.P.; Appeal of M.P. | 811 WDA 2016<br>Affirmed | 11/21/2016 | CP–02–AP–0000205–2015<br>(Allegheny) |
| Com. v. Ortiz | 3301 EDA 2014<br>Affirmed,<br>Vacated and<br>Remanded | 11/22/2016 | CP–51–CR–0001116–2012<br>CP–51–CR–000–1119–2012<br>CP–51–CR–0001122–2012<br>CP–51–CR–0001561–2012<br>(Philadelphia) |
| Com. v. Shamsiddeen | 122 EDA 2015<br>Affirmed,<br>Reversed and<br>Remanded | 11/22/2016 | CP–51–CR–1142781–1993<br>(Philadelphia) |
| Ford v. Ford | 1548 EDA 2015<br>Affirmed,<br>Vacated and<br>Remanded | 11/22/2016 | 03–03396<br>(Montgomery) |
| Ford v. Ford | 1558 EDA 2015<br>Affirmed,<br>Vacated and<br>Remanded | 11/22/2016 | 03–03396<br>(Montgomery) |
| Com. v. Pham [27] | 1958 EDA 2015<br>Affirmed | 11/22/2016 | CP–51–CR–0014307–2011<br>(Philadelphia) |
| Com. v. Davis | 2042 EDA 2015<br>Affirmed | 11/22/2016 | CP–51–CR–0000915–2011<br>(Philadelphia) |
| McGuire v. Russo | 2603 EDA 2015<br>Affirmed | 11/22/2016 | 2014–C–3564<br>(Lehigh) |
| Com. v. Polhemus | 2817 EDA 2015<br>Affirmed | 11/22/2016 | CP–15–CR–0001262–2014<br>(Chester) |
| Com. v. Kahl | 2897 EDA 2015<br>Affirmed | 11/22/2016 | CP–51–CR–0014127–2010<br>(Philadelphia) |
| Com. v. Jean [28] | 2959 EDA 2015<br>Affirmed | 11/22/2016 | CP–51–CR–0013192–2013<br>(Philadelphia) |
| In the Interest of: I.J.W. | 3769 EDA 2015<br>Affirmed | 11/22/2016 | CP–51–AP–0000365–2014<br>CP–51–DP–0000694–2012<br>(Philadelphia) |

27. Petition for reargument denied January 20, 2017.
28. Petition for reargument denied January 10, 2017.